**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.:  1:25-cv-20158-RKA

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

TRAVELERS PARTNERS LLC d/b/a
DAYS INN MIAMI AIRPORT NORTH,

    Defendant.

_____/

**JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE**

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, and Defendant, TRAVELERS PARTNERS LLC d/b/a DAYS INN MIAMI AIRPORT NORTH, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE to the immediate dismissal of this action with prejudice with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on May 27, 2025.

| | |
|---|---|
| *By:* /s/ *Ramon J. Diego* | *By: /s/ Stephanie Marie Chaissan* |
| RAMON J. DIEGO | STEPHANIE MARIE CHAISSAN |
| Florida Bar No. 689203 | Florida Bar No.: 60813 |
| THE LAW OFFICE OF RAMON J. DIEGO, P.A. | BERGER SINGERMAN LLP |
| 5001 SW 74th Court, Suite 103 | 1450 Brickell Avenue, Suite 1900 |
| Miami, Florida 33155 | Miami, FL 33131-3453 |
| Telephone: (305) 350-3103 | Telephone: (305) 755-9500 |
| Email: ramon@rjdiegolaw.com | Email: schaissan@bergersingerman.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on May 27, 2025.

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: rdiego@lawgmp.com

By: */s/ Ramon J. Diego*
      RAMON J. DIEGO