UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-20158-ALTMAN

**NIGEL FRANK DE LA TORRE PARDO**,

    *Plaintiff*,

v.

**TRAVELERS PARTNERS LLC**,
*d/b/a*
**DAYS INN MIAMI AIRPORT NORTH**,

    *Defendant*.

_____/

**ORDER**

    The parties have filed a joint stipulation of dismissal [ECF No. 18] in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Being fully advised, we hereby **ORDER and ADJUDGE** that this action is **DISMISSED** *with prejudice*. Each party shall bear its own attorney's fees and costs "except as indicated in the settlement agreement." Joint Stipulation at 1. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**. The Clerk shall **CLOSE** the case.

    **DONE AND ORDERED** in the Southern District of Florida on September 8, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record